NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DAVID E. HOFFMAN, JR.,**
*Appellant*

**v.**

**LOANSMARTER INC.,**
*Appellee*

_____

2025-1094

_____

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92073759.

_____

**O R D E R**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

March 11, 2025
Date

Jarrett B. Perlow
Clerk of Court